AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

<table>
<tr><td>

United States of America

v.

José Ernesto Villarreal-Martinez

_____

*Defendant(s)*
</td><td>

)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)
</td><td>

Case No.    **4:26-mj-145**
</td></tr>
</table>

United States Courts
Southern District of Texas
FILED
*February 25, 2026*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 24, 2026_____ in the county of _____Harris_____ in the ____Southern____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 31 USC §§ 5332(a) and (b) | To knowingly and intentionally conspire with others to attempt to evade a currency reporting requirement by knowingly concealing more than $10,000 in United States currency on his person or other container and transports or transfers or attempts to transport or transfer such currency from a place within the United States to a place outside of the United States, to wit: Mexico. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Lucio, DEA Special Agent
_____
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: __February 25, 2026__

_____
*Judge's signature*

City and state: _____Houston, Texas_____

Hon. Richard W. Bennett, United States Magistrate Judge
_____
*Printed name and title*

**4:26-mj-145**

## Attachment A- Affidavit in Support of Criminal Complaint

I, DEA Special Agent Joseph Lucio, being duly sworn and deposed, state the following:

I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since August of 2021. Prior to being employed by DEA, I was a Police Officer for 10 years where I was assigned to DEA as a TFO for approximately five years. I received courses of instruction on investigative techniques and in conducting controlled substance and financial investigations. During my law enforcement career, I have participated in and have conducted investigations, which have resulted in the arrests of individuals who have smuggled, received, and distributed controlled substances as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, I have conducted, in connection with this and other cases, follow-up investigations concerning the concealment of illegal drug-produced assets, money, bank records, etc. and the identification of co-conspirators through the use of ledgers, records, telephone bills, and photographs, as related to drug trafficking.

This affidavit is made for the limited purpose of establishing probable cause in support of a criminal complaint alleging **Jose Ernesto Villarreal-Martinez** knowingly and intentionally conspired with others to attempt to evade currency reporting requirements by knowingly concealing more than $10,000 in United States currency on his person or other container and transported or transferred or attempted to transport or transfer such currency from a place within the Untied States to a place outside of the United States, to wit: Mexico, in violation of Title 31, United States Code, Sections 5332(a) and (b). Based upon personal knowledge and information I have received from other law enforcement investigators; I am aware of the following facts:

In the month of February 2026, DEA Agents learned of a phone number for a user who was known to smuggle bulk cash currency from the Houston, Texas area to Mexico. Agents were able to obtain an order for a pen/trap/and trace for the device.

On February 23, 2026, agents learned through GPS pings, the user of the device/telephone was in Oklahoma and made their way to Houston, Texas.

On February 24, 2026, a DEA Agent acting in an undercover capacity (UC) placed several consensually monitored and recorded phone calls to the telephone number for the suspected money courier. The UC contacted the user who was later identified as Jose Ernesto Villarreal-Martinez. Villarreal-Martinez told the UC that if he transported money for the UC, there would be no problem because the load he was getting was destined straight to "La Cruce" and would not stop in "Roma". The UC is familiar with the southern border and knows that Roma is a city just north of Mexico and "La Cruce" meant the point of entry between the United States and Mexico. Villarreal-Martinez also told the UC that he had some "Factura" with him that was destined back south. The UC is familiar with term "Factura" which is used as a code word for bulk cash. Villarreal-Martinez said that he was currently at the Port of Houston, Texas, waiting to get loaded.

Agents learned the device/telephone being used by Villarreal-Martinez was at the Port of Houston, Gulf Stream Care Terminal, based off GPS pings.

On the same date, agents coordinated with U.S. Customs and Border Protection (CBP) to conduct a border search of the tractor trailer for any illicit contraband while the tractor trailer was still inside the port, which is located in the Houston Division of the Southern District of Texas. CBP and DEA Agents arrived at the location and contacted the driver, identified as Jose Ernesto Villarreal-Martinez. CBP Agents conducted a border search of the tractor trailer, which resulted

in the seizure of a maroon duffle bag that contained 10 bundles wrapped in gray duct tape, which contained United States Currency (USC). The 10 bundles were in a storage box under the flatbed trailer. Agents continued a search of the tractor and located a red bag that contained 8 black duct tape bundles containing USC. The red bag was located in the sleeper to the tractor, under the cabin bed. The approximate amount of USC contained in the bundles is three hundred thousand to three hundred- fifty thousand ($300,000 to $350,000).

On the same date, DEA Agents read Villarreal-Martinez his Miranda rights in his preferred language of Spanish, which he stated he understood and agreed to speak to agents without the presence of an attorney.

Villarreal-Martinez told agents he picked up the maroon duffle bag in Oklahoma and the red bag in Houston, Texas yesterday (February 23, 2026). Villarreal-Martinez told agents that the money was placed in a storage bin which was attached to the trailer by an unknown person while he was inside a store in Oklahoma. Villarreal-Martinez told agents that he knew the packages he picked up in Houston, Texas, contained money because he looked inside the bag when he received it from an unknown female.

Villarreal-Martinez told agents that he was getting paid $1,500 to $2,000 for this trip. Villarreal-Martinez told agents that he was driving the money to Laredo, Texas, where he would get further instructions as to who the money would be delivered to. Villarreal-Martinez told agents that he had done this on four other occasions, and on one of those occasions he took money south into Mexico. Villarreal-Martinez told agents that he drives down to Laredo, Texas where an unknown person meets him, he transfers the money to them, and they drive the money south into Mexico. Villarreal-Martinez told agents that he knows they use passenger cars and tractor trailers to take the money into Mexico. Villarreal-Martinez told agents he believed the money that was

found in the cabin was one hundred thousand to one hundred fifty thousand dollars ($100,000 to $150,000). Villarreal-Martinez told agents that he believed the money found in the storage box was at least two hundred thousand dollars ($200,000).

Based upon the foregoing information and my training and experience, your affiant believes there is probable cause to believe that **Jose Ernesto Villarreal-Martinez** did conspire with others to commit bulk cash smuggling out of the United States in violation of Title 31, United States Code, Section 5332 (a) and (b).

Joseph Lucio, Special Agent
Drug Enforcement Administration

Sworn to and subscribed telephonically to me this 25th day of February, 2026 and I hereby find probable cause.

Honorable Richard W. Bennett
United States Magistrate Judge